

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00146-CV

Natalie **KIRKPATRICK**,
Appellant

v.

Samuel S. **SILVA**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2015-CV-0303
Honorable Robin V. Dwyer, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Samuel S. Silva recover his costs on appeal from Appellant Natalie Kirkpatrick.

SIGNED January 24, 2018.

Karen Angelini, Justice